**DAVID J. HARRIS, ESQUIRE**
**ATTORNEY FOR DEBTOR**
**PA S. Ct. No.: 48558**
**FL Bar No.: 0451207**

**69 Public Square, Suite 700**
**Wilkes-Barre, PA 18701**
**Telephone: (570) 823-9400**
**Facsimile: (570) 208-1400**
**E-Mail: dh@lawofficeofdavidharris.com**
_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
_____

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| JAMES J. HEFFERS | : | Chapter 13 |
| | : | Case No.: 05:12-bk-06900 |
| Debtor | : | |

_____

| | |
|---|---|
| SETERUS, INC., as the authorized | : |
| subservicer for FEDERAL NATIONAL | : |
| MORTGAGE ASSOCIATION | : |
| ("Fannie Mae"), Creditor | : |
| | : |
| v. | : |
| | : |
| JAMES J. HEFFERS | : |
| and | : |
| | : |
| CHARLES J. DeHART, III, TRUSTEE | : |

_____

### ANSWER OF DEBTOR TO MOTION OF SETERUS, INC. FOR RELIEF
### FROM THE AUTOMATIC STAY
_____

The Debtor, JAMES J. HEFFERS, by and through his counsel, David J. Harris, Esquire,

answers the Motion of Seterus, Inc., as follows:

1.    ADMITTED.

2.    ADMITTED.

3.    ADMITTED.

4.      ADMITTED.

5.      DENIED.  Strict proof thereof is demanded for trial.

6.      DENIED.  Strict proof thereof is demanded for trial.

7.      DENIED.  Strict proof thereof is demanded for trial.

8.      DENIED.  Movant's averment is a conclusion of law to which no responsive pleading is required and therefore such averment is deemed denied.

9.      DENIED.  A responsive pleading to Movant's averment is not required.

10.     DENIED.  A responsive pleading to Movant's averment is not required.

11.     DENIED.  Strict proof thereof is demanded for trial.

12.     DENIED.  Strict proof thereof is demanded for trial.

WHEREFORE, the Debtor respectfully requests that this Honorable Court deny the relief sought by Movant in its Motion.

## **AFFIRMATIVE DEFENSES**

13.     Debtor hereby incorporates by reference his answers in Paragraphs 1 through 12 above as if made a part hereof.

14.     There is sufficient equity in the subject property.

15.     Movant is adequately protected.

16.     The subject property is necessary to the Debtor for an effective reorganization.

17.     There is no cause for granting the relief sought by Movant in its Motion.

WHEREFORE, the Debtor respectfully requests that this Honorable Court deny the relief sought by Movant in its Motion.

RESPECTFULLY SUBMITTED

Dated: April 13, 2017        By:    /s/ David J. Harris_____
        Wilkes-Barre, Pennsylvania        DAVID J. HARRIS, ESQUIRE