**DAVID J. HARRIS, ESQUIRE**
**ATTORNEY FOR DEBTORS**
**PA S. Ct. No.: 48558**
**FL Bar No.: 0451207**

**69 Public Square, Suite 700**
**Wilkes-Barre, PA 18701**
**Telephone: (570) 823-9400**
**Facsimile: (570) 208-1400**
**E-Mail:    dh@lawofficeofdavidharris.com**

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| JAMES J. HEFFERS, SR. | : | Chapter 13 |
| D/B/A HEFFERS INSURANCE AGENCY | : | Case No.: 05:12-bk-06900 |
| D/B/A JAMES J. HEFFERS INSURANCE | : | |
| AGENCY A/K/A | : | |
| JAMES J. HEFFERS | : | |
| | : | |
| Debtors | : | |

---

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, NATIONAL | : | |
| ASSOCIATION, | : | |
| | : | |
| Movant | : | 11 U.S.C. §362 |
| v. | : | |
| | : | |
| JAMES J. HEFFERS, SR. | : | |
| D/B/A HEFFERS INSURANCE AGENCY | : | |
| D/B/A JAMES J. HEFFERS INSURANCE | : | |
| AGENCY A/K/A | : | |
| JAMES J. HEFFERS | : | |
| MARY LOU HEFFERS | : | |
| Respondents | : | |

---

## WITHDRAWAL WITHOUT PREJUDICE OF DEBTOR'S ANSWER TO MOTION OF JPMORGAN
## CHASE BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY

---

The Debtor, JAMES J. HEFFERS, SR., d/b/a HEFFERS INSURANCE AGENCY d/b/a

JAMES J. HEFFERS INSURANCE AGENCY a/k/a JAMES J. HEFFERS, by and through his

counsel, David J. Harris, Esquire, hereby withdraws the Debtor's Answer to the Motion of

JPMorgan Chase Bank, N.A. for Relief from the Automatic Stay without prejudice to any defense that may exist with respect to the claim of JPMorgan Chase Bank, N.A.

RESPECTFULLY SUBMITTED:

Dated:  May 2, 2017           By:    /s/ David J. Harris_____
Wilkes-Barre, Pennsylvania                 DAVID J. HARRIS, ESQUIRE