```
United States Bankruptcy Court
   Middle District of Pennsylvania
```

In re:                                                                     Case No. 12-06900-JJT
James J. Heffers                                                           Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: MMchugh     Page 1 of 1     Date Rcvd: May 03, 2017
                      Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2017.
db           +James J. Heffers,    115 East Walnut Street,    Kingston, PA 18704-4841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2017 at the address(es) listed below:
       Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
       David J. Harris   on behalf of Debtor James J. Heffers dh@lawofficeofdavidharris.com,
        davidharrisesqign@gmail.com
       Jeniece Davis   on behalf of Creditor   Federal National Mortgage Association jeniece@mvrlaw.com,
        bonnie@mvrlaw.com
       Jeniece Davis   on behalf of Creditor   Seterus, Inc., as the authorized subservicer for Federal
        National Mortgage Association ("Fannie Mae"), jeniece@mvrlaw.com,   bonnie@mvrlaw.com
       Joseph Angelo Dessoye   on behalf of Creditor   M&T Bank pamb@fedphe.com
       Joseph Angelo Dessoye   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC pamb@fedphe.com
       Joseph P Schalk   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
        pamb@fedphe.com
       Joseph P Schalk   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC pamb@fedphe.com
       Joshua I Goldman   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
        bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
       Joshua I Goldman   on behalf of Creditor   Federal National Mortgage Association
        bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
       Lisa Beth Singer   on behalf of Creditor   Federal National Mortgage Association
        bkmail@rosicki.com
       Matthew Gregory Brushwood   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
        pamb@fedphe.com
       Thomas I Puleo   on behalf of Creditor   Federal National Mortgage Association
        tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
       United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                   TOTAL: 14

# UNITED STATES BANKRUPTCY COURT

# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: James J. Heffers : | |
| (Debtor) : | |
| Seterus, Inc., as the authorized subservicer for : | Chapter 13 |
| Federal National Mortgage Association : | |
| ("Fannie Mae"), creditor : | Bankruptcy Number 12-06900 |
| v. : | |
| James J. Heffers | |
| and | |
| Charles J. DeHart, III, Trustee | |

### ORDER

**AND NOW**, this 3rd day of of May, 2017, no answer or other responsive pleading having been filed, it is

**ORDERED AND DECREED THAT**: The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Code, 11 U.S.C. 362, is modified with respect to the premises: 770 Mercer Avenue, Kingston, PA 18704, as to allow the Movant to take such actions with respect to the real property as are set forth under applicable non-bankruptcy law. .

By the Court,

Dated: May 3, 2017

John J. Thomas, Bankruptcy Judge
(PJR)