```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 12-06900-JJT
James J. Heffers                                                         Chapter 13
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: MMchugh               Page 1 of 1         Date Rcvd: Oct 18, 2017
                              Form ID: trc                Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
4758442        +Bayview Loan Servicing, LLC serviced by,    M & T Bank,    P.O. Box 840,    Buffalo, NY 14240,
                 Bayview Loan Servicing, LLC serviced by,   M & T Bank 14240-0840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              David J. Harris    on behalf of Debtor 1 James J. Heffers dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              Jeniece Davis    on behalf of Creditor    Federal National Mortgage Association jeniece@mvrlaw.com,
               bonnie@mvrlaw.com
              Jeniece Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Joseph Angelo Dessoye    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC pamb@fedphe.com
              Joseph Angelo Dessoye    on behalf of Creditor    M&T Bank pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               jschalk@barley.com, sromig@barley.com
              Joseph P Schalk    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC jschalk@barley.com,
               sromig@barley.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Federal National Mortgage Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Lisa Beth Singer    on behalf of Creditor    Federal National Mortgage Association
               bkmail@rosicki.com
              Matthew Gregory Brushwood    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pamb@fedphe.com
              Thomas Song    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST
               thomas.song@phelanhallinan.com
              Thomas I Puleo    on behalf of Creditor    Federal National Mortgage Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 15

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:12-bk-06900-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

James J. Heffers
115 East Walnut Street
Kingston PA 18704

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/17/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: Bayview Loan Servicing, LLC serviced by, M & T Bank, P.O. Box 840, Buffalo, NY 14240, Bayview Loan Servicing, LLC serviced by, M & T Bank | LSF9 Master Participation Trust<br>13801 Wireless Way<br>Oklahoma City, OK 73134<br>LSF9 Master Participation Trust<br>13801 Wireless Way<br>Oklahoma City, OK 73134 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/17

Terrence S. Miller
**CLERK OF THE COURT**