```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                      Case No. 12-06900-JJT
James J. Heffers                                            Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: MMchugh            Page 1 of 1            Date Rcvd: Nov 27, 2017
                            Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2017.
db          +James J. Heffers,   115 East Walnut Street,   Kingston, PA 18704-4841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              David J. Harris    on behalf of Debtor 1 James J. Heffers dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              Jeniece Davis    on behalf of Creditor   Federal National Mortgage Association jeniece@mvrlaw.com,
               bonnie@mvrlaw.com
              Jeniece Davis    on behalf of Creditor   Seterus, Inc., as the authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Joseph Angelo Dessoye    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC pamb@fedphe.com
              Joseph Angelo Dessoye    on behalf of Creditor   M&T Bank pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               jschalk@barley.com, sromig@barley.com
              Joseph P Schalk    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC jschalk@barley.com,
               sromig@barley.com
              Joshua I Goldman    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   Federal National Mortgage Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Lisa Beth Singer    on behalf of Creditor   Federal National Mortgage Association
               bkmail@rosicki.com
              Matthew Gregory Brushwood    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pamb@fedphe.com
              Thomas Song    on behalf of Creditor   LSF9 MASTER PARTICIPATION TRUST
               thomas.song@phelanhallinan.com
              Thomas I Puleo    on behalf of Creditor   Federal National Mortgage Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 15

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| James J. Heffers<br>aka James J. Heffers Sr., dba Heffers Insurance Agency, dba James J. Heffers Insurance Agency<br>115 East Walnut Street<br>Kingston, PA 18704 | Chapter 13<br>Case No. 5:12−bk−06900−JJT |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−6062

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: November 27, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk